1
2
3
4
5
6
7

8                        UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   THOMAS L. GOFF,                              No.  2:15-cv-1411-EFB P

12              Plaintiff,

13         v.                                     ORDER

14   HEIDI M. LACKNER, Warden,

15              Defendant.

16

17        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18   U.S.C. § 1983.[1]  He alleges a violation of his federal rights at the Sierra Conservation Center,

19   which is in Tuolumne County, California.  Tuolumne County is in the Fresno Division of the

20   United States District Court for the Eastern District of California, and this action should have

21   been commenced there.  E.D. Cal. Local Rule 120(d).  Where a civil action has not been

22   commenced in the proper division of a court, the court may, on its own motion, transfer the action

23   to the proper division.  E.D. Cal. Local Rule 120(f).

24   /////

25   /////

26   /////

27

28        [1] He also seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and requests the appointment of counsel.  ECF Nos. 2, 3.

1

Accordingly, it is hereby ordered that:

1. This action is transferred to the Fresno Division.

2. The Clerk of Court shall assign a new case number.

3. All future filings shall bear the new case number and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: July 13, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2